## KISSEL v. VENEMAN, ADMINISTRATOR.

[No. 14,382.   Filed October 16, 1931.]

*A. E. Gore* and *Thomas W. Lindsey*, for appellant.
*John W. Brady*, for appellee.

NEAL, C. J.—Appeal dismissed, on authority of *Bush* v. *Bush, Admr.* (1908), 41 Ind. App. 39, 83 N. E. 251.

## JOHNSON v. JOHNSON, EXECUTRIX.

[No. 14,212.   Filed November 4, 1931.]

*Johnson & Zechiel*, for appellant.
*Means & Buenting*, for appellee.

KIME, J.—The appeal herein is dismissed, on the authority of *Stout* v. *Stout, Admr.* (1916), 68 Ind. App. 278, 281, 282, 114 N. E. 473; *Hughes, Admr.*, v. *Patton, Auditor* (1916), 67 Ind. App. 654, 656, 657, 114 N. E. 224; *Leach* v. *Webb* (1916), 62 Ind. App. 693, 113 N. E. 311; *Pfeiffer* v. *Crane, Guardian* (1882), 89 Ind. 485, 488, 489.   It is so ordered.